UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE-PIERRE POTTIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 1:21-cv-01138-AWI-BAM<br><br>**ORDER GRANTING APPLICATION FOR APPOINTMENT OF MARIE-PIERRE POTTIER AS GUARDIAN AD LITEM FOR ELODIE POTTIER**<br><br>(Doc. No. 3) |

On July 28, 2021, Plaintiff Marie-Pierre Pottier, through counsel, submitted an application for a court order appointing Marie-Pierre Pottier as guardian ad litem for minor Plaintiff Elodie Pottier. (Doc. No. 3.)

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). Rule 17 provides that "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2).

Local Rule 202(a) of this Court further states, in pertinent part:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian ad litem by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*See* L.R. 202(a).  The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

By the application and supporting declarations, Plaintiffs seek to have the court appoint Plaintiff Marie-Pierre Pottier as the guardian ad litem for minor plaintiff Elodie Pottier.  Ms. Pottier is the mother of Elodie Pottier. She alleges she is competent and willing to act as a guardian for the purpose of this action.  (Doc. No. 3 at 2.)

Finding good cause, IT IS HEREBY ORDERED that Plaintiff Marie-Pierre Pottier is appointed as guardian ad litem for minor Plaintiff Elodie Pottier in this action.

IT IS SO ORDERED.

Dated:    **January 7, 2022**            /s/ *Barbara A. McAuliffe*  _
                                         UNITED STATES MAGISTRATE JUDGE

2