UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE-PIERRE POTTIER, et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No.  1:21-cv-01138-AWI-BAM<br><br>**ORDER RE STIPULATED DISCOVERY PLAN**<br><br>(Doc. 18) |

On January 20, 2022, the parties filed a stipulated discovery plan regarding the limits on discovery imposed by the Federal Rules of Civil Procedure. (Doc. 18.)  Having reviewed the parties' submission, the Court adopts and approves the stipulated discovery plan, subject to the following modifications:

1. Plaintiffs will be allowed a total of twenty (20) non-expert depositions; Defendant will be allowed twenty (20) non-expert depositions.
2. Plaintiffs will be allowed a total of twenty (20) expert depositions; Defendant will be allowed twenty (20) expert depositions.

The parties are cautioned that the presumptive limits on discovery as contained in the Federal Rules of Civil Procedure will apply in this case to any discovery not specifically addressed in the parties' stipulated discovery plan or as modified in this order.

IT IS SO ORDERED.

Dated:   **January 21, 2022**            /s/ Barbara A. McAuliffe            _
                                                                    UNITED STATES MAGISTRATE JUDGE

1