STEVEN V. ANGARELLA, ESQ.
(State Bar No. 119488)
ANGARELLA LAW
12121 Wilshire Boulevard, Suite 1103
Los Angeles, CA 90025
Telephone No.: (310) 207-0088
Facsimile No.: (310) 207-6248

AARON S. BREGMAN, ESQ.
(State Bar No. 145727)
LAW OFFICES OF AARON S. BREGMAN
16311 Ventura Blvd., Suite 995
Encino, CA 91436
Telephone No.: (818) 986-2217
Facsimile No.: (818) 986-2215

Attorneys for Plaintiffs,
Marie-Pierre Pottier, Jean-Philippe Pottier, E. P.,
Loann Pottier, Charlene Pottier, Guillaume Pottier and
Marc Moreau

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| POTTIER, MARIE-PIERRE, an individual; POTTIER, JEAN-PHILIPPE, an individual; P., E., a minor, by and through her guardian ad litem, POTTIER, MARIE-PIERRE; POTTIER, LOANN, an individual; POTTIER, CHARLENE, an individual; POTTIER, GUILLAUME, an individual; and, MOREAU, MARC, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No. 1:21-CV-01138-AWI-BAM<br><br>[Assigned to Hon. Barbara A. McAuliffe, U.S. Magistrate Judge]<br><br>**[PROPOSED] ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE A PETITION FOR MINOR'S COMPROMISE REGARDING PLAINTIFF E. P., A MINOR** |

1

# ORDER

On September 21, 2022, Plaintiffs and Defendant filed a Notice of Settlement with the Court, and Defendant estimated that it would take approximately three (3) months for the proposed settlement for each Plaintiff to be approved by the Associate Attorney General of the United States Department of Justice. On September 22, 2022, the Court entered a Minute Order requiring Plaintiff to file a petition for minor's compromise regarding Plaintiff E.P., a minor, no later than December 21, 2022. The parties now request further time to file this petition given the number of Plaintiffs, amount of proposed settlements, and required recommendations.

Having read and considered the Parties' Stipulation to Extend the Time for Plaintiff to file a Petition for Minor's Compromise Regarding Plaintiff E. P., a Minor by Elodie Pottier, and there appearing to be good cause for same, the Court hereby ORDERS:

The time for Plaintiff to file a petition for minor's compromise regarding Plaintiff E. P., a minor, is extended from December 21, 2022 to **February 21, 2023**.

IT IS SO ORDERED.

Dated:   **December 7, 2022**        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE A PETITION FOR MINOR'S COMPROMISE REGARDING PLAINTIFF E. P., A MINOR

## PROOF OF ELECTRONIC SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 12121 Wilshire Boulevard, Suite 1103, Los Angeles, California 90025. My electronic service addresses are steve@angarellalaw.com, emily@angarellalaw.com and joy@angarellalaw.com.

On December 5, 2022, I electronically served the foregoing document described as:

**[PROPOSED] ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE A PETITION FOR MINOR'S COMPROMISE REGARDING PLAINTIFF E. P., A MINOR**

on interested parties in this action by electronically serving the above documents as follows on:

**[SEE ATTACHED SERVICE LIST]**

I am "readily familiar" with the firm's practice of electronic service.

X  (BY EMAIL) I electronically served the documents listed above.  Executed on December 5, 2022, at Los Angeles, California.

X  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Joy Parker

JOY PARKER

3

[PROPOSED] ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE A PETITION FOR MINOR'S COMPROMISE REGARDING PLAINTIFF E. P., A MINOR

# **SERVICE LIST**

Re:  *Marie-Pierre Pottier, et al. v. United States of America*
     USDC Case No. 1:21-CV-01138-AWI-BAM

_____

| | |
|---|---|
| Aaron S. Bregman, Esq.<br>LAW OFFICES OF AARON S. BREGMAN<br>16311 Ventura Blvd., Suite 995<br>Encino, CA 91436<br>Telephone No.: (818) 986-2217<br>Facsimile No.: (818) 986-2215<br>Email: aaron@bregmanlawgroup.com | Co-Counsel for Plaintiffs<br>Marie-Pierre Pottier, et al. |
| Brian Boynton, Esq.<br>Phillip A. Talbert, Esq.<br>J. Steven Jarreau, Esq.<br>Barry Benson, Esq.<br>Karleen F. Murphy, Esq.<br>Aviation, Space & Admiralty Litigation<br>Torts Branch, Civil Division<br>United States Department of Justice<br>Three Constitution Square<br>175 N. Street, N.E.<br>8th Floor<br>Washington, D.C. 20002<br>Telephone Nos.: (202) 616-4284/4059<br>Facsimile No.: (202) 616-4002<br>Email: steven.jarreau@usdoj.gov | Attorneys for Defendant<br>United States of America |

///

[PROPOSED] ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE A PETITION FOR MINOR'S COMPROMISE REGARDING PLAINTIFF E. P., A MINOR