# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE-PIERRE POTTIER, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>  Defendant. | Case No. 1:21-cv-01138-AWI-BAM <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PEITION FOR APPROVAL OF COMPROMISE OF CLAIM OF E. POTTIER, A MINOR** <br><br> (Doc. Nos. 32, 33) |

On March 8, 2023, the assigned magistrate judge issued findings and recommendations recommending that (1) the petition for approval of the settlement and compromise of minor E. Pottier's claims against Defendant United States of America be approved and granted; (2) the terms of the settlement, including payment of the settlement amount of $750,000.00 and payment of attorney fees in the amount of $187,500.00 from the settlement amount subject to the limitations in 28 U.S.C. § 2678, be approved as fair and reasonable; and (3) the Court grant Petitioner's request that the $562,500.00 net settlement to E. Pottier be placed in a blocked trust account in the name of E. Pottier with a FDIC Insured National Bank located in Los Angeles, California, and the entire principal and all accrued interest be able to be withdrawn by E. Pottier on September 25, 2023, when she turns 18 years old. (Doc. No. 33.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Id.)  Plaintiffs and Defendant United States of America have filed statements of non-objection to the findings and recommendations. (Doc. Nos. 34, 35.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 8, 2023, (Doc. No. 33), are adopted in full;
2. The petition for approval of minor's compromise (Doc. 32) is granted;
3. The terms of the settlement as the minor, E. Pottier, including payment of the settlement amount of $750,000.00 and payment of attorney fees in the amount of $187,500.00 from the settlement amount subject to the limitations in 28 U.S.C. § 2678, are approved as fair and reasonable;
4. Petitioner's request that the $562,500.00 net settlement to E. Pottier be placed in a blocked trust account in the name of E. Pottier with a FDIC Insured National Bank located in Los Angeles, California, and the entire principal and all accrued interest be able to be withdrawn by E. Pottier on September 25, 2023, when she turns 18 years old is granted;
5. Within fourteen (14) days after deposit of the funds in a blocked trust account in the name of E. Pottier with a FDIC Insured National Bank located in Los Angeles, California, the parties shall file proof of deposit with this Court; and
6. The parties shall file appropriate papers to dismiss or conclude this action within thirty (30) days following satisfaction of the terms of the settlement agreements as to all plaintiffs.

IT IS SO ORDERED.

Dated:   March 16, 2023                                          /s/ signature

SENIOR  DISTRICT  JUDGE